**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SATURNINO SANDOVAL, | No. 08-74646 |
| Petitioner, | Agency No. A090-817-774 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Saturnino Sandoval, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision finding him removable.  We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review de novo questions of law, *Delgado-Hernandez v. Holder*, 582 F.3d 930, 932 (9th Cir. 2009) (per curiam), and we deny the petition for review.

The agency properly determined that Sandoval is removable as an aggravated felon under 8 U.S.C. § 1227(a)(2)(A)(iii) because his conviction under California Penal Code § 207(a) for kidnapping is a crime of violence as defined by 8 U.S.C. § 1101(a)(43)(F). *See id*. at 933 (kidnapping is categorically a crime of violence under 18 U.S.C. § 16(b) because "all kidnapping cases carry a substantial risk that force will be used").

**PETITION FOR REVIEW DENIED.**

08-74646